HONORABLE RONALD B. LEIGHTON

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9
10

| RICHARD ROY SCOTT, | |
|---|---|
| Plaintiff, | Case No. C06-5611 RBL |
| v. | |
| JUDICIAL DISPUTE RESOLUTION, *et al.*, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| Defendants. | |

16

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Plaintiff's Application to Proceed IFP and Proposed Civil Rights Complaint (Dkt. #2) are **WITHDRAWN and DISMISSED** pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure; and

    (3)    The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Hon. Karen L. Strombom.

DATED this 21st day of December, 2006.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE